UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| Sabina Bendayan, | Civil Action No.: 12 CV 2618 |
|---|---|
| Plaintiff, | ECF Case (ILG) |
| -against- | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Enhanced Recovery Company, LLC, | |
| Defendant. | |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Sabina Bendayan, by her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant Enhanced Recovery Company, LLC.

Date: July 6, 2012

_____
Samuel A. Ehrenfeld
FREDRICK SCHULMAN & ASSOCIATES
*Attorneys for Plaintiff*
30 East 29th Street
New York, New York 10016
(212) 796-6053

SO ORDERED:

_____
I. Leo Glasser, U.S.D.J.

Dated: July _____, 2012